

# ANNIE REBECCA ELLIOTT

### DISTRICT CLERK

**MAILING**
301 Jackson Street
Richmond, Texas 77469
Telephone: (281) 341-4502
http://www.fortbendcountytx.gov
Departments – District Clerk

**PHYSICAL**
1422 Eugene Heimann Circle
Richmond, Texas 77469
Fax: (281)-341-4519

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

2/27/2015 4:37:58 PM

CHRISTOPHER A. PRINE
Clerk

**February 27, 2015**

To: The Clerk of the Court of Appeals for the **Fourteenth Court Of Appeals** Supreme Judicial District (Civil Appeal)

Trial Court No: **12-DCV-201944**     From the **240th Judicial District Court** Fort Bend County, Texas

Judge Presiding: **Thomas R Culver III**     Court Reporter: **Elizabeth Wittu**

| Appellant(s):<br>**Hindu Ashram, Inc.** | **VS** | Appellee(s):<br>**Sanjay Saran Mathu, Seema Mathur And**<br>**The Heirs Of Ramesh S Mathur** |
|---|---|---|

| *Attorney for Appellant(s)* | *Attorneys 01 - For Appellee(s)* | |
|---|---|---|
| **Marilyn Vilandos** | **John Cameron Stevenson** | **Sanjay S. Mathur** |
| SBN: 24034689 | SBN: 24052034; | SBN: 00794245 |
| The Vilandos Firm Pc | Mathur Law Offices PC | Mathur Law Offices Pc |
| 3100 Weslayan Suite 372 | 2989 N Stemmons Freeway Suite 1000 | 2989 N Stemmons Fwy Ste 1000 |
| Houston TX  77027 | Dallas TX  75247 | Dallas TX  75247 |
| Telephone: 713-255-9990 | Telephone: 214-378-8880 | Telephone: 214-378-8880 |
| Facsimile:  713-255-9992 | Facsimile:  214-378-8890 | Facsimile:  ; 214-378-8890 |
| E-mail: | E-mail: | E-mail: sanjay@mathurlawoffices.com |
| Attorney for:   Hindu Ashram, Inc., Appellant | Attorney for:   Sanjay Saran Mathu, Seema Mathur And The Heirs Of Ramesh S Mathur, Appellees | |

| Date of Judgment/Appealable Order**: 02/17/2015** | Nature of Action: **Other Tax** |
|---|---|
| Disposition of Case: **Disposed** | Jury Trial: **No** |

| **Motion For New Trial - Civil** filed on: **October 01, 2013** |
|---|
| Notice of Appeal Filed On:  **December 16, 2013** |

Signed **on this the 27th day of February, 2015**.

**ANNIE REBECCA ELLIOTT**
**FORT BEND COUNTY DISTRICT CLERK**
**301 JACKSON, RICHMOND, TEXAS 77469**

By:    /s/ Petra Lozano
      Deputy District Clerk Petra Lozano
      Telephone: 281-341-4502

Electronically Filed with the Fourteenth Court Of Appeals

cc:     Marilyn Vilandos , Attorney at Law
      John Cameron Stevenson, Attorney at Law
      Sanjay S. Mathur, Attorney at Law
      Elizabeth Wittu, Court Reporter

Filed
12/16/2013 4:20:06 PM
Annie Rebecca Elliott
District Clerk
Fort Bend County, Texas
Tentra Allen

Cause No. 12-DCV-201944

| | | |
|---|---|---|
| SANJAY S. MATHUR, | § | IN THE DISTRICT COURT OF |
| SEEMA MATHUR and | § | |
| THE HEIRS OF RAMESH S. MATHUR | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | FORT BEND COUNTY, TEXAS |
| | § | |
| HINDU ASHRAM INC., | § | |
| Defendant | § | 240TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

1. Defendant and Cross-Defendant, HINDU ASHRAM, INC., desires to appeal from the final judgment signed on September 24, 2013.

2. The Parties appeal to either the First or the Fourteenth Court of Appeals.

Respectfully submitted,

THE VILANDOS FIRM, PC

By :___/s/___Marilyn Vilandos___
Marilyn Vilandos
Texas Bar No. 24034689
3100 Weslayan, Suite 372
Houston, Texas 77027
Tel. 713.255.9990
Fax 713.255.9992

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of NOTICE OF APPEAL has been served upon all known counsel of record via facsimile to the attorneys of record for the Plaintiff, Sanjay S. Mathur, Seema Mathus and The Heirs of Ramesh S. Mathur on December 16, 2013.

_____/s/ Marilyn Vilandos_____
Marilyn Vilandos

MATHUR LAW OFFICES, P.C.
Sanjay S. Mathur
TBNo. 00794245
John Cameron Stevenson

ROUTED TO COURT
Date: JAN 1 5 2014
Date: FEB 11 2015

TBNo. 24052034
2989 N. Stemmons Freeway, Suite # 1000
Dallas, Texas 75247
Telephone: 214.378.8880
Facsimile: 214.378.8890
ATTORNEY FOR PLAINTIFFS
SANJAY S. MATHUR, SEEMA MATHUR and
THE HEIRS OF RAMESH S. MATHUR